**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| BERNARD HARRIS, ) | NO. CV 13-7099-JLS (AS) |
| )  Petitioner, ) | |
| v. ) | **ORDER ACCEPTING FINDINGS,** |
| MARION SPEARMAN, Warden ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| )  Respondent. ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge with the following changes:

Page 4, line 14, is corrected to reflect May 18, 2011 as the date on which the California Court of Appeal issued its modified Judgment.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 9, 2016.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE