**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| BERNARD HARRIS, | NO. CV 13-7099-JLS (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: March 9, 2016.

   _____
   JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE